IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00191-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL EDELEN,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion for 60-Day Ends of Justice Continuance and Extension of Pretrial Motions Deadline (Doc. # 31). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Counsel was provided additional discovery on December 7, 2020 and December 14, 2020.

2. Counsel will need additional time to review the newly provided discovery in this case.

3. Defendant recently developed COVID symptoms and was placed in quarantine for several weeks.

    4. Due to Defendant's quarantine and COVID-19 restrictions at the facility in which the Defendant is being housed counsel has been unable to meet with Defendant safely face-to face to discuss this case.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Unopposed Motion for 60-Day Ends of Justice Continuance and Extension of Pretrial Motions Deadline (Doc. # 31) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **60 days** which shall be excluded from the speedy trial clock, which currently stands at **April 25, 2021**. It is

ORDERED that pretrial motions are due by **May 3, 2021**.  Responses due by **May 17, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **January 26, 2021** is VACATED and RESET to **June 1, 2021, at 11:00 AM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **February 8, 2021** is VACATED and RESET to **June 21, 2021, at 8:30 AM**.

DATED: December 17, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge